ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| MICHAEL V VELASCO | Case No. 05-59137 CN |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473098 for an unclaimed dividend in the amount of $3.31. The name and address of the claimant entitled to the unclaimed dividend is as follows;

　　　　MICHAEL V VELASCO
　　　　9501 W SAHARA AVE #1073
　　　　LAS VEGAS, NV  89117

Dated: August 04, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DEVIN DERHAM-BURK, TRUSTEE